**Order entered July 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00434-CV

## WORK IT OUT, LLC., Appellant

### V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION
## A/K/A FANNIE MAE, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09125**

## ORDER

We **GRANT** appellant's July 28, 2014 unopposed third motion for an extension of time to file a brief. We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, **on or before August 6, 2014**, a supplemental clerk's record containing Work It Out, LLC's response to the motion for summary judgment.

Appellant shall file its brief **on or before August 13, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/      ADA BROWN
           JUSTICE